United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-17755-ref
David Allen Lesher                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1            Date Rcvd: Dec 13, 2018
                              Form ID: pdf900         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.
```
db              +David Allen Lesher,    207 East Main Street,    PO Box 640,    Adamstown, PA 19501-0640
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14235791        +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14241759        +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2018 03:11:36
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2018 03:12:16      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 2
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2018 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfmail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 3
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: DAVID ALLEN LESHER,   :   Case No.18-17755REF
      Debtor   :   Chapter 13

# ORDER

AND NOW, this 13 day of December, 2018, it appearing from a review of the official court docket and file in this case that Debtor filed this Chapter 13 petition on November 26, 2018, but that that Debtor did not file a Certificate of Credit Counseling that indicates that Debtor received credit counseling from an approved nonprofit budget and credit counseling agency, as described in 11 U.S.C. §111(a), within the 180 day period preceding the date he filed this chapter 13 bankruptcy petition, and after a Show Cause hearing held today, at which Debtor appeared, and during which I: (1) Dismissed this case without prejudice because Debtor failed to obtain credit counseling within the 180 day period preceding the date he filed this chapter 13 bankruptcy petition,[1] both as required by 11 U.S.C. §109(h)(1) and as described by the Court in In re DiPinto, 336 B.R. 693 (Bankr. E.D.

---

[1] 11 U.S.C. §109(h)(1) requires that a debtor receive credit counseling from an approved nonprofit budget and credit counseling agency during the 180 day period **preceding** the date that the bankruptcy petition is filed. Debtor testified that he obtained credit counseling **after** he filed his bankruptcy petition. This does not satisfy the jurisdictional requirements of section 109(h)(1), however, because Debtor obtained the credit counseling **after** he filed this bankruptcy petition. As I advised Debtor during today's hearing, if he decides to file a new bankruptcy petition, he may use the credit counseling certificate he receives from the credit counseling session he already attended, provided he files his new bankruptcy petition within 180 days of the date he received the credit counseling.

Pa. 2006); and (2) directed that, should Debtor file a new bankruptcy petition within 180 days from the date of this Order, $100 of the filing fee be WAIVED.

IT IS HEREBY ORDERED that the bench Order I entered today DISMISSING THIS CASE WITHOUT PREJUDICE IS AFFIRMED, RESTATED AND ADOPTED HEREIN.

BY THE COURT

_____
RICHARD E. FEHLING
Chief United States Bankruptcy Judge